LAW OFFICES
WILLIAMS & CONNOLLY LLP®

JOHN E. SCHMIDTLEIN
(202) 434-5901
jschmidtlein@wc.com

680 MAINE AVENUE SW
WASHINGTON, DC 20024
(202) 434-5000
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

March 19, 2025

**VIA ELECTRONIC MAIL**

Molly C. Dwyer, Clerk
United States Court of Appeals for the Ninth Circuit
The James R. Browning Courthouse
95 Seventh Street
San Francisco, CA 94103

Re: *California Crane School, Inc., v. Google LLC, et al.*, Case No. 24-4604
Letter regarding Representations

Dear Ms. Dwyer:

I write at the direction of a member of your office to clarify my representations in the above-captioned case. Consistent with my Notice of Appearance filed on September 3, 2024, ECF 16, I represent Appellees Alphabet Inc., Eric Schmidt, Google LLC, Sundar Pichai, and XXVI Holdings Inc. I have never represented any other parties in this case. Nonetheless, the docket incorrectly states that I also represent Co-Appellees Apple Inc. and Tim Cook, who have their own counsel.

I respectfully request that the docket be corrected to reflect the proper scope of my representations in this case—namely, that I do not represent Apple Inc. or Mr. Cook. And I make this request to facilitate your office's expeditious approval of Appellees' answering briefs filed on March 17, 2025, in the above-captioned case.

Respectfully submitted,

*/s/ John E. Schmidtlein*
John E. Schmidtlein

*Counsel for Defendants-Appellees Google LLC, Alphabet Inc., XXVI Holdings Inc., Sundar Pichai, and Eric Schmidt*